AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

ROBERT D. YOUNG,

      Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER:  3-10-cv-102-LRH-WGC

SIERRA PACIFIC POWER COMPANY,
doing business as NV ENERGY,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**XX** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

In accordance with terms of the parties' settlement agreement, this action is dismissed.

  September 15, 2001                       **LANCE S. WILSON**
                                                 Clerk

                                        /s/     Lia Griffin
                                              Deputy Clerk