```
                        FILED          RECEIVED
                        ENTERED        SERVED ON
                                COUNSEL/PARTIES OF RECORD

                            JAN 2 6 2012

                        CLERK US DISTRICT COURT
                        DISTRICT OF NEVADA
                        BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| ROBERT D YOUNG, | ) | 3:10-CV-0102-LRH-WGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SIERRA PACIFIC POWER COMPANY, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

Defendant, Sierra Pacific Power Company, has deposited ten thousand dollars ($10,000.00) in settlement funds into the Registry Account of the United States District Court, District of Nevada. A settlement conference has been held before the undersigned Magistrate Judge for the purpose of determining the proper distribution of the settlement proceeds.

**IT IS ORDERED** that the deposited funds shall be disbursed. The Clerk of the Court shall prepare a check in the amount of three thousand seven hundred twenty-seven dollars and ten cents ($3,727.10) made payable to Ian Silverberg and shall mail said check to Ian Silverberg, 227 Clay St., Reno, NV 89501. The Clerk shall further prepare a check in the amount of six thousand two hundred seventy-two dollars and ninety cents ($6,272.90) made payable to Robert Young and shall mail said check to Robert Young, 5210 Echo Ave., Reno, NV 89506.

DATED: January 26, 2012

_____
ROBERT A. McQUAID, JR.
UNITED STATES MAGISTRATE JUDGE